UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUDDATH VAN LINES, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:24-cv-01076-JMB |
| MAYFLOWER TRANSIT, LLC, et al., | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Mayflower Transit, LLC, United Van Lines, LLC, and UniGroup, C.A. (collectively "Defendants") respectfully request that this Court enter an order extending the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint up to and including September 25, 2024. In support, Defendants state:

1. Plaintiffs filed this action on August 2, 2024.

2. Defendants were served on August 5, 2024.

3. Defendants' current deadline to answer or otherwise respond to the Complaint is August 26, 2024.

4. Defendants and their undersigned counsel require additional time to investigate the allegations in the Complaint and formulate an appropriate response to the same.

5. Accordingly, Defendants respectfully request an extension of time, up to and including September 25, 2024, to answer or otherwise respond to Plaintiffs' Complaint.

6. The proposed extension will not unduly delay or hinder this case and will not prejudice any party.

7. Counsel for Defendants conferred with Plaintiffs' counsel, and Plaintiffs have agreed to the requested extension.

8. Defendants have not previously requested an extension of time from the Court in this case.

WHEREFORE, Defendants Mayflower Transit, LLC, United Van Lines, LLC, and UniGroup, C.A. respectfully request that this Court grant them an extension of time, up to and including September 25, 2024, to answer or otherwise respond to Plaintiffs' Complaint and grant any additional relief this Court deems just and proper.

Respectfully submitted,

THOMPSON COBURN LLP

By: */s/ Brian A. Lamping*
    Brian A. Lamping, 61054MO
    Elizabeth A. Casale, 70911MO
    One US Bank Plaza
    St. Louis, MO  63101
    P: 314 552 6000
    F: 314 552 7000
    blamping@thompsoncoburn.com
    ecasale@thompsoncoburn.com

*Attorneys for Defendants Mayflower Transit, LLC, United Van Lines, LLC, UniGroup, C.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

                                                          */s/ Brian A. Lamping*